# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>KIM SIMMONS<br>　　　Debtor | Case No. 21-11797-amc |
| Freedom Mortgage Corporation,<br>　　　Movant | Chapter 13 |
| vs.<br>KIM SIMMONS<br>　　　Respondent | 11 U.S.C. §362 |

**ORDER**

**AND NOW**, this _____ day of _____ , 2025, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Ashely M. Chan
CHIEF BANKRUPTCY JUDGE

KIM SIMMONS
5538 N. 4TH STREET
PHILADELPHIA, PA 19120

JEFFREY M CARBINO
Pierson Ferdinand LLP
1007 N Orange Street The Mill, Suite 420
Wilmington, DE 19801

KENNETH E WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107