**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Kim Simmons,<br><br>                    Debtor. | Case No. 21-11797-AMC<br>Chapter 13 |

**Motion to Modify Plan After Confirmation**

Debtor Kim Simmons, by and through her attorney, hereby moves this Court as follows:

1. The Debtor filed a bankruptcy petition on June 25, 2021.

2. The plan was confirmed on January 4, 2022.

3. A stipulation filed at ECF No. 54 resolving the Motion for Relief From the Automatic Stay (the "Motion") filed at ECF No. 48 was recently approved by this Court's order filed at ECF No. 55.

4. The Debtor wants to amend her plan to comply with the terms of the stipulation.

5. The proposed plan rolls in and cures the arrears that gave rise to the Motion by redistributing the plan funding.

6. The Debtor asks this Court to approve the proposed plan filed at ECF No. 57.

**NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in their favor as may be necessary and proper under the law.

Date: December 19, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com