## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Kim Simmons,<br><br>                              Debtor. | Case No. 21-11797-AMC<br>Chapter 13 |

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 58, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 57) is **APPROVED**.

**Date:**

                                                        Honorable Ashely M. Chan
                                                        Chief U.S. Bankruptcy Judge