**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Kim Simmons,<br><br>　　　　　　　　　Debtor. | Case No. 21-11797-AMC<br>Chapter 13 |

**Certification of No Answer, Objection, or**
**Other Responsive Pleading**

1. That Michael A. Cibik, Esquire, hereby certifies under penalty of perjury that a true and correct copy of the Motion to Modify Plan After Confirmation, Proposed Order, and Notice of Motion to Modify Plan After Confirmation was served to all interested parties via Electronic Means or Via First Class Mail.

2. And that as of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk's Office or served on the undersigned.

Date: January 12, 2026

　　　　　　　　　　　　　　　　CIBIK LAW, P.C.
　　　　　　　　　　　　　　　　*Counsel for Debtor*

　　　　　　　　　　　　　　　　By: /s/ Michael A. Cibik
　　　　　　　　　　　　　　　　Michael A. Cibik (#23110)
　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　mail@cibiklaw.com