**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Kim Simmons,<br><br>    Debtor. | Case No. 21-11797-AMC<br>Chapter 13 |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc.# 58, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED;** and

2) The Modified Plan (doc.# 62) is **APPROVED.**

**Date:** Jan. 27, 2026

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge