**Fill in this information to identify the case:**

Debtor 1     **KIM  SIMMONS**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Eastern District of Pennsylvania**

                                                                (State)

Case Number     **21-11797-AMC**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made       **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**   FREEDOM MORTGAGE CORPORATION

**Court claim no.** (if known):
5

**Last 4 digits** of any number you use to identify the debtor's account:   7   1   7   6

**Property Address:**     5538 N. 4TH STREET
                       Number      Street

                       Philadelphia                        PA     19120
                       City                                    State    ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
| --- | --- |

| | Amount |
| --- | --- |
| a.  Allowed amount of prepetition arrearage: | $ 555.60 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 555.60 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ 3,026.86 |
| d.  Total amount of arrearages disbursed by the trustee: | $ 3,582.46 |

| Part 4: | Postpetition Payment |
|---------|---------------------|

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.  Total amount of postpetition payments disbursed by the trustee as of date of notice:    $_____ -0-

b.  The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---------|------------------------------------------|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:    $_____ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---------|-------------------------------------------------------|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Kenneth E. West                                    Date   06/17/2026
_____                                   _____
Signature

Trustee     Kenneth E. West
            _____
            First Name        Middle Name        Last Name

Address     190 N. Independence Mall West, Suite 701
            _____
            Number        Street

            Philadelphia                      PA       19106
            _____
            City                              State    ZIP Code

Contact phone   (215) 627-1377          Email  info@ph13trustee.com

Debtor 1   **KIM  SIMMONS**                                          Case Number **21-11797-AMC**                                    Page 1
Name

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 5 | WELLS FARGO BANK N.A. | Secured Arrears Mortgage | 01/10/2022 | 3005000 | Disbursement To Creditor/Principal | 41.20 |
| 5 | WELLS FARGO BANK N.A. | Secured Arrears Mortgage | 02/07/2022 | 3006311 | Disbursement To Creditor/Principal | 49.48 |
| 5 | WELLS FARGO BANK N.A. | Secured Arrears Mortgage | 03/07/2022 | 3007543 | Disbursement To Creditor/Principal | 49.48 |
| 5 | WELLS FARGO BANK N.A. | Secured Arrears Mortgage | 04/12/2022 | 3008975 | Disbursement To Creditor/Principal | 49.48 |
| 5 | WELLS FARGO BANK N.A. | Secured Arrears Mortgage | 05/11/2022 | 3010305 | Disbursement To Creditor/Principal | 49.49 |
| 5 | WELLS FARGO BANK N.A. | Secured Arrears Mortgage | 06/09/2022 | 3011569 | Disbursement To Creditor/Principal | 49.48 |
| 5 | WELLS FARGO BANK N.A. | Secured Arrears Mortgage | 07/12/2022 | 3012862 | Disbursement To Creditor/Principal | 49.48 |
| 5 | WELLS FARGO BANK N.A. | Secured Arrears Mortgage | 08/16/2022 | 3014176 | Disbursement To Creditor/Principal | 49.49 |
| 5 | WELLS FARGO BANK N.A. | Secured Arrears Mortgage | 09/08/2022 | 3015280 | Disbursement To Creditor/Principal | 49.48 |
| 5 | WELLS FARGO BANK N.A. | Secured Arrears Mortgage | 10/11/2022 | 3016502 | Disbursement To Creditor/Principal | 49.49 |
| 5 | WELLS FARGO BANK N.A. | Secured Arrears Mortgage | 11/15/2022 | 3017806 | Disbursement To Creditor/Principal | 49.48 |
| 5 | WELLS FARGO BANK N.A. | Secured Arrears Mortgage | 12/13/2022 | 3019037 | Disbursement To Creditor/Principal | 19.57 |
| | | | | | Total for Claim Number 5: | 555.60 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **555.60** |

### Part 3 - c (Postpetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 5 | FREEDOM MORTGAGE CORP | Secured Arrears Order On Stip Post-Pet | 02/11/2026 | 4023034 | Disbursement To Creditor/Principal | 2,770.67 |
| 5 | FREEDOM MORTGAGE CORP | Secured Arrears Order On Stip Post-Pet | 03/18/2026 | 4023891 | Disbursement To Creditor/Principal | 256.19 |
| | | | | | Total for Claim Number 5: | 3,026.86 |
| | | | | | **Total for Part 3 - c (Postpetition Arrears):** | **3,026.86** |