United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11797-amc |
| Kim Simmons | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 17, 2026 | Form ID: 138OBJ | Total Noticed: 52 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kim Simmons, 5538 N. 4th Street, Philadelphia, PA 19120-2825 |
| 15042378 | + | Freedom Mortgage Corporation, Brock and Scott, PLLC, c/o Ryan Srnik, Esq., 3825 Forrestgate Drive, Winston Salem NC 27103-2930 |
| 14624049 | + | ICUL Service Corporation, c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 14618121 | + | Inspire Federal Credit, 1807 W Diehl Rd, Naperville, IL 60563-1890 |
| 14618132 | + | PGW, 1800 North 9th Street, Philadelphia, PA 19122-2021 |
| 14618130 | + | Palmera Vacation Club, Palmera LLC, PO Box 5686, Hilton Head Island, SC 29938-5686 |
| 14618567 | + | WELLS FARGO BANK, N.A., c/o Jill Manuel-Coughlin, Esquire, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053 Telephone 19053-6980 |
| 14618147 | | Water Revenue Bureau, 1415 JKF Blvd., 15th Floor, Philadelphia, PA 19105 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 18 2026 00:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 18 2026 00:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14627301 | | Email/PDF: bncnotices@becket-lee.com | Jun 18 2026 00:54:31 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14618088 | + | Email/PDF: bncnotices@becket-lee.com | Jun 18 2026 00:54:40 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14618089 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 18 2026 00:45:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 14621823 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jun 18 2026 00:45:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14618090 | + | Email/Text: bankruptcy@brinkshome.com | Jun 18 2026 00:45:00 | Brinks Home Security, Attn: Bankruptcy, Po Box 814530, Dallas, TX 75381-4530 |
| 14628334 | | Email/Text: megan.harper@phila.gov | Jun 18 2026 00:45:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14618091 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 18 2026 00:54:31 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14618094 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 18 2026 00:54:23 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |

District/off: 0313-2                             User: admin                                    Page 2 of 4

Date Rcvd: Jun 17, 2026                          Form ID: 138OBJ                                Total Noticed: 52

| ID | | Method/Email | Date/Time | Recipient |
|---|---|---|---|---|
| 14618095 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 18 2026 00:54:25 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14618096 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 18 2026 00:45:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14618097 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 18 2026 00:45:00 | ComenityCapital/Modell, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14618106 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 18 2026 00:54:32 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14618098 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 18 2026 00:45:00 | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14618107 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 18 2026 00:45:00 | Dept Of Ed/582/nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14622153 | + | Email/Text: mrdiscen@discover.com | Jun 18 2026 00:45:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 14618115 | + | Email/Text: mrdiscen@discover.com | Jun 18 2026 00:45:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14618116 | + | Email/Text: ECMCBKNotices@ecmc.org | Jun 18 2026 00:45:00 | ECMC, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 15039674 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 18 2026 00:45:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 Exit 5 PKWY, BLDG 4, Fishers, IN 46037-8022 |
| 15041980 | + | Email/Text: EBN@brockandscott.com | Jun 18 2026 00:45:00 | Freedom Mortgage Corporation, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 15041981 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 18 2026 00:45:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, Indiana 46037-8022 |
| 14618124 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 18 2026 00:54:23 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14747657 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 18 2026 00:54:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14623349 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 18 2026 00:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14618125 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 18 2026 00:45:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14618128 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 18 2026 00:45:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14618129 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 18 2026 00:45:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14619030 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 18 2026 00:45:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14631083 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 18 2026 00:45:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14618133 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 18 2026 00:54:40 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14633680 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 18 2026 00:54:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14618131 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 18 2026 00:45:00 | Peco, 2301 Market Street, Philadelphia, PA 19103-1380 |

District/off: 0313-2 | User: admin | Page 3 of 4
Date Rcvd: Jun 17, 2026 | Form ID: 138OBJ | Total Noticed: 52

| Recip ID | | Notice Info | Date/Time | Name and Address |
|---|---|---|---|---|
| 14618134 | ^ | MEBN | Jun 18 2026 00:43:13 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 14618120 | | Email/Text: EZLaunch@lsc.net | Jun 18 2026 00:45:00 | ICUL Service Corporation, 1807 W. Diehl Rd, Naperville, IL 60566 |
| 14618136 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 18 2026 00:54:23 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14618135 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 18 2026 00:54:31 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14618138 | | Email/Text: bankruptcy@td.com | Jun 18 2026 00:45:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 14618137 | + | Email/Text: bncmail@w-legal.com | Jun 18 2026 00:45:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14618139 | + | Email/Text: EDBKNotices@ecmc.org | Jun 18 2026 00:45:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14618148 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jun 18 2026 00:54:40 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14622877 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jun 18 2026 00:54:31 | Wells Fargo Bank, N.A., MAC N9286-01Y, P. O. Box 1629, Minneapolis, MN 55440-1629 |
| 14625913 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jun 18 2026 00:54:23 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14618149 | | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jun 18 2026 00:54:31 | Wells Fargo Home Mortgage, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14618092 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14618093 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14618099 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14618100 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14618101 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14618102 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14618103 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14618104 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14618105 | *+ | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14618108 | *+ | Dept Of Ed/582/nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14618109 | *+ | Dept Of Ed/582/nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14618110 | *+ | Dept Of Ed/582/nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14618111 | *+ | Dept Of Ed/582/nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14618112 | *+ | Dept Of Ed/582/nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14618113 | *+ | Dept Of Ed/582/nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14618114 | *+ | Dept Of Ed/582/nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14618117 | *+ | ECMC, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 14618118 | *+ | ECMC, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 14618122 | *+ | Inspire Federal Credit, 1807 W Diehl Rd, Naperville, IL 60563-1890 |
| 14618123 | *+ | Inspire Federal Credit, 1807 W Diehl Rd, Naperville, IL 60563-1890 |
| 14618126 | *+ | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14618127 | *+ | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14619031 | *+ | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14618140 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |

District/off: 0313-2                         User: admin                              Page 4 of 4
Date Rcvd: Jun 17, 2026                   Form ID: 138OBJ                         Total Noticed: 52

| 14618141 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14618142 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14618143 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14618144 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14618145 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14618146 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14618119 | ##+ | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |

TOTAL: 0 Undeliverable, 30 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2026                         Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

DOUGLAS RICHARD BLECKI
on behalf of Creditor Navy Federal Credit Union bankruptcy@silvermanlegal.com

JASON BRETT SCHWARTZ
on behalf of Creditor Portfolio Recovery Associates  LLC bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

JEFFREY M. CARBINO
on behalf of Debtor Kim Simmons jcarbinolaw@outlook.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
on behalf of Debtor Kim Simmons help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHELLE L. MCGOWAN
on behalf of Creditor WELLS FARGO BANK  N.A. mimcgowan@raslg.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*Form 138OBJ* (6/24)–doc 69 – 67

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                )
   Kim Simmons                                  )                    Case No. 21–11797–amc
                                                      )
                                                      )
   Debtor(s).                                   )                    Chapter: 13
                                                      )
                                                      )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 17, 2026                                    For The Court

                                                       Mohung Wong
                                                       Clerk of Court